UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. HARRIS, #172430,            Civil Action No.05-40336

         Plaintiff,           District Judge Paul V. Gadola
vs.           Magistrate Judge Virginia M. Morgan

SANDRA CROWLEY, et al,

         Defendants.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's Motion for Appointment of Counsel. A prisoner has no constitutional or statutory right to the appointment of counsel in a civil rights case. *See*, *e.g.*, Lavado v. Keohane, 992 F.2d 601, 605-06 (6th Cir. 1993). The decision whether to appoint counsel is left to the discretion of the court. Typically, this court appoints counsel in a prisoner civil rights case only under exceptional circumstances and, in any event, only after the claims have survived a dispositive motion. There are no exceptional circumstances in this case that would warrant the appointment of counsel at this time, and plaintiff's claims have not yet been tested by a dispositive motion. Accordingly, the court will deny plaintiff's request without prejudice.

    IT IS HEREBY ORDERED that the motion is DENIED.

    SO ORDERED.

Dated: December 29, 2005           s/ Virginia M. Morgan
          VIRGINIA M. MORGAN
          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. HARRIS, #172430,   Civil Action No.05-40336

            Plaintiff,   District Judge Paul V. Gadola
vs.   Magistrate Judge Virginia M. Morgan

SANDRA CROWLEY, et al

            Defendants
_____/

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon Michael D. Harris and counsel of record via the Court's ECF System and/or U. S. Mail on December 29, 2005.

                                      s/J Hernandez
                                      Case Manager to
                                      Magistrate Judge Virginia M. Morgan